Per curiam.
 

 A conditional sale is when at the time of the contract the absolute property passes to the vendee, but subject to be defeated by paying the sum advanced: the Negro, until the money paid back, belongs to the vendee, and if he dies it is the loss of the vendee ; he is entitled to his services in the interim, and is not entitled to the money advanced for him, and so cannot claim the interest of it: Here the money was loaned, interest was to be paid on it, the Negro, if he died, was to be considered as the propeity of the complainant. He was therefore a pledge for the security of the money; was redeemable; and being once so was always so. He must be delivered up and his yearly value accounted for, deducting from thence the money loaned and the interest; after each value shall be ascertained, interest must be paid on such yearly value from the time it becomes due.